IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10CV299

| | |
|---|---|
| PHILIP BENHAM, as an individual and as a representative of OPERATION SAVE AMERICA, INC., and OPERATION SAVE AMERICA, INC., a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CHARLOTTE, a political subdivision of the state of North Carolina; and EMILY CANTRELL, in her individual capacity, <br><br> Defendants. | ORDER |

This matter is before the court upon Plaintiffs' Motion for Temporary Restraining Order/Preliminary Injunction. A hearing was held in this matter on July 13, 2010. For the reasons stated in open court,

IT IS THEREFORE ORDERED that Plaintiffs' motion is hereby DENIED.

Signed: July 15, 2010

Graham C. Mullen
United States District Judge