**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:10-CV-299-GCM**

|  |  |  |
|---|---|---|
| PHILIP BENHAM, as an individual And as a representative of OPERATION SAVE AMERICA, INC.; and OPERATION SAVE AMERICA, INC., a non-profit corporation, | ) ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | **ORDER GRANTING ADMISSION PRO HAC VICE** |
| CITY OF CHARLOTTE, A political subdivision of the state of North Carolina; and Emily Cantrell, in her individual capacity, | ) ) ) ) ) | |
| Defendants. | ) ) | |

---

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Frederick H. Nelson** to appear *Pro Hac Vice*, dated July 7, 2010 [doc. #2].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (E), the Court notes that Mr. Nelson has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: July 15, 2010

*Graham C. Mullen*

Graham C. Mullen
United States District Judge