IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CV-299-GCM

| | | |
|---|---|---|
| PHILIP BENHAM, *et al*, | ) | |
|     Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CITY OF CHARLOTTE, *et al*, | ) | |
|     Defendants. | ) | |

    THIS MATTER is before the court upon its own motion. Due to the Motion for Summary Judgment pending in the above captioned case, this trial is **RE-SET for May 6, 2013.**

    IT IS SO ORDERED.

Signed: October 25, 2012

Graham C. Mullen
United States District Judge